**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | Case No. 13-00016-01-CR-W-GAF |
| | ) | |
| **CHRISTOPHER CHILDERS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On January 22, 2013, defendant appeared before United States Magistrate Judge John Maughmer and entered a plea of guilty to Count One of the Information. On January 23, 2013, Judge Maughmer issued his Report and Recommendation (Doc. #6).

Upon careful and independent review, this Court finds that defendant's plea was knowledgeable and voluntary and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense. Accordingly, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge John Maughmer.

Accordingly, it is hereby ORDERED that defendant's plea of guilty is accepted and defendant is adjudged guilty. The parties will be advised of the date of the sentencing hearing.

SO ORDERED.

s/ Gary A. Fenner
GARY A. FENNER, JUDGE
UNITED STATES DISTRICT COURT

DATED: February 13, 2013